|   |   |   |
|---|---|---|
| CERENITY E. YOUNG, an individual, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 2:13-CV-01081-BRO-JC |
| Plaintiff, | | **JUDGMENT** |
| vs. | | |
| SERVICE EMPLOYEES INTERNATIONAL UNION LOCAL 1000 (SEIU), a non-profit corporation, and DOES 1 through 10, inclusive, | | |
| Defendant. | | |

This action came on for hearing before the Court, on June 2, 2014, the Honorable Beverly Reid O'Connell, District Judge Presiding, on a Motion for Summary Judgment, or Alternatively, Summary Adjudication, and the

2628466

evidence presented having been fully considered, the issues having been duly heard, and a decision having been duly rendered,

IT IS ORDERED AND ADJUDGED that Plaintiff Cerenity E. Young take nothing, that the action be dismissed on the merits, and that Defendant Service Employees International Union Local 1000 recover its costs.

**IT IS SO ORDERED.**

Dated:  June 9, 2014

_____
HONORABLE BEVERLY REID O'CONNELL
UNITED STATES DISTRICT COURT JUDGE

2628466